*313
 
 Tati,or, Chief-Justice,
 

 The act of 1820, extending the jurisdiction of Justices to one hundred dollars, does not embrace this case. The words are, “ bonds, notes and liquidated accounts.” There is a guaranty under seal, on which the sole, remedy is by an action of cove* want, in which damages would be recovered for the nonperformance of the guaranty.
 

 It was certainly not the design of the act, that Magistrates should have jurisdiction of a case, in which questions are likely to arise, which it would be difficul» for them to settle. The construction of a guaranty, the extent of the obligation imposed by it, and the degree of diligence which, under the circumstances of the case, the Plaintiff' is bound to use, require the consideration of a Jury, aided by a Court qualified to instruct them.
 

 There ought to be a new trial.
 

 Per Curiam.* — -Judgment reversed.